UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,                                      Case 2:08-cr-20585-GER-DAS

v.

D-1 PETER HENDRICKSON,           VIO:  26 U.S.C. § 7206(1)

Defendant.
_____/

GOVERNMENT'S WITNESS LIST

The United States Attorney for the Eastern District of Michigan, by and through the undersigned attorneys, files the Government's Witness List as follows:

| NUMBER | PROBABLE WITNESS |
|--------|------------------|
| 1 | Larry Bodoh<br>Farmington Hills, Michigan<br>Edward Rose & Sons – Controller |
| 2 | Elizabeth M. Chaney<br>Lansing, Michigan<br>Disclosure Officer – Michigan Department of Treasury |
| 3 | Mei Chung<br>Toledo, Ohio<br>Internal Revenue Service – Internal Revenue Agent |
| 4 | John DePowell<br>Cincinnati, Ohio<br>Internal Revenue Service – Court Witness Coordinator |
| 5 | Kim Halbrook<br>Farmington Hills, Michigan<br>Personnel Management – Human Resources Manager |

| 6 | Michael O'Hara<br>Plymouth, Michigan<br>United States Postal Service – Retired Postal Inspector |
|---|---|
| 7 | Warren Rose<br>Farmington Hills, Michigan<br>Edward Rose & Sons – Chief Operating Officer |

The Government reserves the right to supplement this list or to substitute witnesses.

Respectfully submitted,

TERRENCE BERG
UNITED STATES ATTORNEY

Date:  September 1, 2009          By:        _____/s/_____
Michael Leibson
Assistant U.S. Attorney
211 W. Fort Street, suite 2001
Detroit, MI  48226
(313) 226-9100
Michael.leibson@usdoj.gov

_____/s/_____
Mark F. Daly
MA Bar No. 640581
Trial Attorney
United States Department of Justice, Tax Division
P.O. Box 972
Washington, DC  20530
Tel:  (202) 514-5150
Fax:  (202) 616-1786
Mark.F.Daly@usdoj.gov

**CERTIFICATE OF SERVICE**

      This is to certify that on September 1, 2009, an original copy of the foregoing Government's Witness List was filed with the U.S. District Court for the Eastern District of Michigan and served on counsel for the defendant by filing the same with the with the Electronic Case Filing system.

                                        _____/s/_____
                                        Mark F. Daly
                                        Trial Attorney