UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

        Plaintiff(s),                      Case No.  08-20585

v.                                         Judge Gerald E. Rosen

Peter Hendrickson,

        Defendant(s).
_____/

## NOTICE OF ERROR DIRECTED TO
## MARK DALY

Document number __58__, filed on ____9/1/09____ was reviewed and the following error was found:

☐ Docket entry was made on the wrong case.  Document must be refiled.

☐ PDF image was not uploaded.  Document must be refiled.

☐ Document is a complaint combined with a motion for preliminary relief, or a response or reply to a motion combined with a counter-motion.  Document was stricken.

☑ Document is a response or objection to a presentence report or a criminal witness list.  Document was stricken.

☐ Document is discovery or a disclosure under 26(a) (1),(2).  Document was stricken.

☐ Other:

Disciplinary action will be imposed if errors continue to occur in this or other cases where counsel is listed as the attorney of record.

### Certificate of Service
I hereby certify that the parties and/or counsel of record were served with a copy of this notice.

DAVID J. WEAVER, CLERK OF COURT

By: s/Peggy S. Miller
Deputy Clerk

Date: September 2, 2009