IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 2:08-cr-20585-GER-DAS-1 |
| | : | |
| PETER HENDRICKSON | : | |

## STIPULATION FOR CONTINUANCE

The parties, through their respective counsel, do hereby stipulate that sentencing in this matter shall be continued to permit the submission of objections/comments to the Presentence Investigation Report, as well as to supplement Defendant's previously filed Post-Verdict Motions.

/s/ *Mark F. Daly*_____
United States Department of Justice, Tax Division
Attorney for Plaintiff
P.O. Box 972
Washington, D.C. 20530
Tele: (202) 514-5150
mark.f.daly@usdoj.gov

/s/ *Mark E. Cedrone*_____
Cedrone & Pinto, P.C.
123 South Broad Street
Suite 810
Philadelphia, PA 19109
Tele: (215) 925-2500
mec@cedronepinto.com

/s/ *Michael C. Leibson*_____
United States Attorneys Office
Attorney for Plaintiff
211 W. Front Street #2001
Detroit, MI 48226
Tele: (313) 226-9615
Michael.leibson@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Criminal No. 2:08-cr-20585-GER-DAS-1 |
| : | |
| PETER HENDRICKSON : | |

### ORDER FOR CONTINUANCE

The Defendant, Peter Hendrickson, having requested that sentencing in this matter be continued to permit the submission of objections/comments to the Presentence Investigation Report, as well as to supplement Defendant's previously filed Post-Verdict Motions, and Attorneys for the parties having submitted a Stipulation regarding the above, accordingly it is:

**ORDERED** that the Defendant must submit objections/comments to the Revised Presentence Investigation Report on or before February 10, 2010.

**ORDERED** that the Defendant must supplement his previously filed Post-Verdict Motions on or before February 26, 2010.

**ORDERD** that the Government should file any response/objection to Defendant's Supplemental Post-Verdict Motions on or before March 12, 2010.

It is further **ORDERED** that sentencing is **CONTINUED** from February 9, 2010 to April 15, 2010 at 1:00 PM.

s/Gerald E. Rosen
Gerald E. Rosen
Chief Judge, United States District Court
for the Eastern District of Michigan

Dated:    January 14, 2010