UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER HENDRICKSON,

   Petitioner,

v.

UNITED STATES OF AMERICA,

   Respondent.
             /

Criminal No. 08-20585-01

Civil No. 11-11603

HONORABLE GERALD E. ROSEN

## **JUDGMENT**

For the reasons stated in the Opinion and Order entered and filed on this date, April 24, 2013, judgment is entered in favor of the respondent and the case is DISMISSED.

                DAVID WEAVER

Dated: April 24, 2013      By: __S/Julie Owens__
                Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, April 24, 2013, by electronic and/or ordinary mail.

                S/Julie Owens
                Case Manager, (313) 234-5160